UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

J & J SPORTS PRODUCTIONS, INC.                                                                PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:10-CV-732-S

COLE'S PLACE, INC., et al.                                                                   DEFENDANTS

**SUPPLEMENTAL FINDINGS OF FACT
CONCLUSIONS OF LAW
AND RECOMMENDATION**

**FINDINGS OF FACT**

This supplemental recommendation is entered by the Magistrate Judge to address the issue of an award of attorney's fees and costs to the prevailing Plaintiff, J&J Sports Productions, Inc. J&J Sports has filed a motion for attorney's fees accompanied by an affidavit of counsel that seeks a fee award of $2,100.00 based on 10.5 billable hours of attorney time billed at an hourly rate of $200 (DN 17). J&J Sports also has submitted a separate bill of costs that seeks recovery of its filing and service fees in the total amount of $450.00 (DN 18).

The Magistrate Judge in his prior report and recommendation of November 29, 2011 (DN 15), addressed the Lodestar standard applied to an award of attorney's fees under 47 U.S.C. §605(e)(3)(B)(iii), the applicable statute which requires the Court to award the prevailing party its costs and reasonable attorney's fees. *See, Int'l Cablevision, Inc. v. Sykes*, 997 F.2d 998, 1009-10 (2nd Cir. 1993). J&J Sports has properly applied the Lodestar method in its motion for an award of attorney's fees by setting forth a detailed accounting of the hours reasonably expended multiplied by a reasonable $200 hourly rate.

The Magistrate Judge shall therefore recommend to the District Court that J&J Sports' recover $2,100.00 in attorney's fees, as well as the requested $450.00 for its filing and

service fees as set forth in its bill of costs (DN 18). *See gen., J&J Sports Productions, Inc. v. 291 Bar & Lounge*, 648 F. Supp.2d 469 475-76 (E.D. N.Y. 2009) (discussing the recovery of attorney's fees and costs).

## RECOMMENDATION

The Magistrate Judge having made supplemental findings of fact and conclusions of law recommends that the Plaintiff be awarded attorney's fees in the amount of $2,100.00 along with costs in the amount of $450.00 in addition to the $ 3,000 amount recommended in the original report and recommendation (DN 15).

## NOTICE

Within fourteen (14) days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd.,* 474 U.S. 140 (1985). 28 U.S.C. § 636(b)(1)(c); Fed.R.Civ.P. 72(b).

Copies to: Counsel of Record
            *Pro se* Defendant, 3505 Pennway Ave., Louisville, KY 40211